**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00239-JAD-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| DEANDRA MICHELLE SMITH, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for March 24, 2025 at the hour of 11:00 a.m., be vacated and continued to May 5, 2025 at the hour of 10:00 a.m.

DATED this 15th day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE

3