**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEANDRA MICHELLE SMITH,<br><br>　　　　Defendant. | Case No. 2:24-cr-00239-JAD-BNW<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the self-surrender date of August 1, 2025, be vacated and continued to March 27, 2026 at the hour of 12:00 p.m.

　　DATED this 27th day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE