**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00239-JAD-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| DEANDRA MICHELLE SMITH, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the self-surrender date of March 27, 2026, be vacated and continued to September 25, 2026 at the hour of 12:00 p.m.

DATED this 13th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE

3