**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

DEANDRA MICHELLE SMITH,

      Defendant.

Case No. 2:24-cr-00239-APG-BNW

**ORDER**

IT IS THEREFORE ORDERED that Mrs. Smith be allowed to travel to Mexico from June 6, 2026 through June 15, 2026.

IT IS FURTHER ORDERED that Mrs. Smith provide Pretrial Services a copy of her itinerary and any other documentation Pretrial Services requires.

IT IS FURTHER ORDERED that Mrs. Smith must notify Pretrial Services of any change in her itinerary as soon as possible.

DATED this 22nd day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE

3