**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00283-APG-DJA |
| Plaintiff, | 2:24-cr-00239-JAD-BNW |
| v. | **ORDER** |
| DEANDRA MICHELLE SMITH, | |
| Defendant. | |

IT IS THEREFORE ORDERED that Ms. Smith can apply for and/or renew her U.S. Passport.

IT IS FURTHER ORDERED that Ms. Smith can travel outside the state of Nevada to obtain an emergency passport and/or renewal. She must provide the details of any travel to Pretrial Services and update them with any changes.

DATED this 1st day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE

3