**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEANDRA MICHELLE SMITH,

Defendant.

Case No. 2:24-cr-00239-JAD-BNW

**ORDER**

IT IS THEREFORE ORDERED that the self-surrender date of September 25, 2026, be vacated and continued to April 2, 2027 at the hour of 12:00 p.m.

DATED this 14th day of September, 2026.

______________________________
UNITED STATES DISTRICT JUDGE